IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Anthony Blackmon, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:12cv326 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Michael Sands, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on May 3, 2012 (Doc. 4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 25, 2012, hereby ADOPTS said Report and Recommendation.

Accordingly, the complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § § 1915(e)(2)(B) and 1915A(b).

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith, and therefore, deny plaintiff leave to appeal *in forma pauperis*. *See McGore v. Wrigglesworth,* 114 F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.

　　　s/Susan J. Dlott　　　
Chief Judge Susan J. Dlott
United States District Court