IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Anthony Blackmon, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:12cv326 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Michael Sands, et al., : | |
| : | |
| Defendant(s). : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED. . .

The complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § § 1915(e)(2)(B) and 1915A(b).

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith, and therefore, deny plaintiff leave to appeal *in forma pauperis.  See McGore v. Wrigglesworth,* 114 F.3d 601 (6th Cir. 1997).


7/16/12                                                                                              JAMES BONINI, CLERK


                                                                                                      S/William Miller
                                                                                                      Deputy Clerk