IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Anthony Blackmon,

    Plaintiff(s),

vs.

Michael Sands, et al.,

    Defendant(s).

Case Number: 1:12cv326

Chief Judge Susan J. Dlott

## JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED. . .

The complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § § 1915(e)(2)(B) and 1915A(b).

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith, and therefore, deny plaintiff leave to appeal *in forma pauperis.  See McGore v. Wrigglesworth,* 114 F.3d 601 (6th Cir. 1997).

7/16/12                                                             JAMES BONINI, CLERK

                                                                                           S/William Miller
                                                                                            Deputy Clerk